[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 12, 2009
THOMAS K. KAHN
CLERK

________________________

No. 08-11794

________________________

D.C. Docket No. 04-00729-CV-W-N

GEORGE WALTER PRESLEY,

Plaintiff-Appellee,

versus

GEORGE EDWARDS,
Captain,

Defendant-Appellant,

WILLIE THOMAS, etc., et al.,

Defendants.

________________________

Appeal from the United States District Court
for the Middle District of Alabama

________________________

**(January 12, 2009)**

Before BIRCH and BARKETT, Circuit Judges, and KORMAN,[*] District Judge.

PER CURIAM:

George Edwards, captain of security at Staton Correctional Facility, appeals the district court's denial of his summary judgment motion based on its denial of qualified immunity. We agree with the district court that genuine disputes of material fact exist at this juncture regarding Captain Edward's entitlement to qualified immunity and, accordingly, affirm the district court's ruling.

**AFFIRMED.**

[*] Honorable Edward R. Korman, United States District Judge for the Eastern District of New York, sitting by designation.